Submitted on record and appellant's brief August 4, reversed August 29, 1977

In the Matter of Blevins, Julie, a Minor Child.
STATE ex rel JUVENILE DEPARTMENT
OF MULTNOMAH COUNTY, *Respondent,*

*v.*

BLEVINS, *Appellant.*

(No. 36,699-C, CA 8249)

567 P2d 1093

Kathleen Nachtigal, Juvenile Law Center, Portland, filed the brief for appellant.

James A. Redden, Attorney General, and W. Michael Gillette, Solicitor General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Tanzer and Johnson, Judges.

PER CURIAM.

**PER CURIAM.**

The state confesses error.

Reversed.